AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

SAILAJA DACHA

*Plaintiff(s)*

v.

USHARANI DACHA AND HARINATHRAO R. DACHA

*Defendant(s)*

Civil Action No. 6:26 — cv — 01890 — PGB — NWH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* USHARANI DACHA
13074 Bromborogh Drive
Orlando Fl 32832

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Peter Solnick, Esq
Solnick Law P.A.
3363 NE 163rd Street, Suite 801
North Miami Beach Florida 33160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: August 27, 2026

Lindsey Casselman

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| SAILAJA DACHA<br>*Plaintiff(s)*<br>v.<br>USHARANI DACHA AND HARINATHRAO R. DACHA<br>*Defendant(s)* | ) | Civil Action No. 6:26-cv-01890-PGB-NWH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* HARINATHRAO R. DACHA
13074 Bromborogh Drive
Orlando Fl 32832

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Solnick, Esq
Solnick Law P.A.
3363 NE 163rd Street, Suite 801
North Miami Beach Florida 33160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: August 27, 2026

Lindsey Casselman
*Signature of Clerk or Deputy Clerk*